# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-MJ-178-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DEREK ANTHONY RAWLINGS, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Dismiss The Indictment With Prejudice For A Speedy Trial Act Violation" (Document No. 14) filed June 24, 2022. The undersigned notes that the United States filed the "Government's Response In Opposition To Defendant's Motion To Dismiss The Indictment With Prejudice For A Speedy Trial Act Violation" (Document No. 15) on July 1, 2022. In order to fully evaluate the arguments the Government presents in response to Defendant's motion, the undersigned will direct that Defendant file a reply to address the Government's arguments and legal authority in Document No. 15.

**IT IS, THEREFORE, ORDERED** that Defendant shall file a reply brief that addresses the Government's arguments set forth in Document No. 15 on or before **July 25, 2022**.

**SO ORDERED**.

Signed: July 20, 2022

David C. Keesler
United States Magistrate Judge